Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-216-2000
Fax: 415-217-2040

*Local Counsel for Plaintiffs American
Lung Association et al. (Additional Counsel
Listed on Signature Page)*

JEFFREY H. WOOD
Acting Assistant Attorney General

Simi Bhat
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
301 Howard St., Ste. 1010
San Francisco, CA 94115
(415) 744-6473
simi.bhat@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN LUNG ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT PRUITT,**<br><br>Defendant. | No. 4:17-cv-06900-HSG<br><br>**ORDER PURSUANT TO STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to Stipulation, Defendant's response to Plaintiffs' motion for summary judgment shall be DUE January 12, 2018, and Plaintiffs' optional reply in support of their motion for summary judgment shall be DUE January 19, 2018. IT IS SO ORDERED.

December 15, 2017

_____
Hon. Haywood S. Gilliam, Jr.