JEFFREY H. WOOD
Acting Assistant Attorney General

Simi Bhat
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
301 Howard St., Ste. 1010
San Francisco, CA 94115
(415) 744-6473
simi.bhat@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN LUNG ASSOCIATION, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SCOTT PRUITT,** <br><br> Defendant. | No. 4:17-cv-06900-HSG <br><br> **ORDER PURSUANT TO MOTION FOR ORDER CHANGING TIME** |

Pursuant to motion, Defendant's response to Plaintiff's administrative motion, Dkt. No. 37, and Defendant's response to Plaintiffs' motion for summary judgment, Dkt. No. 11, shall be DUE January 19, 2018. IT IS SO ORDERED.

January 10, 2017

Hon. Haywood S. Gilliam, Jr.