Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

*Local Counsel for Plaintiffs American
Lung Association et al. (Additional Counsel
Listed on Signature Page)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In Re Ozone Designation Litigation | Case No: 4:17-cv-06900-HSG<br><br>**ORDER GRANTING MOTION FOR ATTORNEY LAURA DUMAIS TO ATTEND SUMMARY JUDGMENT HEARING BY TELEPHONE** |

**ORDER GRANTING MOTION FOR ATTORNEY LAURA DUMAIS TO ATTEND SUMMARY JUDGMENT HEARING BY TELEPHONE**

Plaintiffs American Lung Association, American Public Health Association, American Thoracic Society, Appalachian Mountain Club, Center for Biological Diversity, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, and West Harlem Environmental Action's request for Laura Dumais to attend the February 22, 2018 summary judgment hearing at 2:00 p.m. by telephone is hereby **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: February 6, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States Judge