Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re Ozone Designation Litigation )
) Case No: 4:17-cv-6900-HSG
) 
                Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
                Defendant(s). )

I, Michael J. Fischer, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Commonwealth of Pennsylvania in the above-entitled action. My local co-counsel in this case is Melinda Pilling, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120 | 455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD:<br>(215) 560-2171 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 703-5585 |
| MY EMAIL ADDRESS OF RECORD:<br>mfischer@attorneygeneral.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Melinda.Pilling@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 322311.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/31/18                                   Michael J. Fischer
                                                                 APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Fischer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/16/2018                                  *[signature: Haywood S. Gill Jr.]*
                                         UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael John Fischer, Esq.*

**DATE OF ADMISSION**

*September 7, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 22, 2017

*[signature]*

John W. Person Jr., Esq.
Deputy Prothonotary