Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

*Local Counsel for Plaintiffs American Lung Association et al. (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re Ozone Designation Litigation | Case No: 4:17-cv-06900-HSG <br><br> **UNOPPOSED MOTION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: February 22, 2018 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor <br> Judge: Haywood S. Gilliam, Jr. |

Plaintiffs American Lung Association, American Public Health Association, American Thoracic Society, Appalachian Mountain Club, Center for Biological Diversity, Environmental Defense Fund, Environmental Law and Policy Center, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, and West Harlem Environmental Action ("Plaintiffs") hereby move that the Case Management Conference currently scheduled for March 13, 2018, be continued with the Court's approval to the first Tuesday occurring two weeks after the Court issues an order on the Motions for Summary Judgment currently pending in this case, or to a later date that is convenient to the Court.

The Motions for Summary Judgment, one by health and environmental Plaintiffs and the other by State plaintiffs, are fully briefed, argued, and submitted, with this Court having held a motions hearing on February 22, 2018. The outcome of this Court's order will likely impact the parties' perspectives on their continuing case management needs. Thus, Plaintiffs request a continuance until after this Court's ruling to promote efficiency for the parties and the Court. The other parties have stated that they do not oppose the motion.

Dated: March 5, 2018

Respectfully submitted,

/s/ Laura Dumais
Laura Dumais, DC Bar No. 1024007 (*pro hac vice*)
Seth L. Johnson, DC Bar No. 1001654 (*pro hac vice*)
Earthjustice
1625 Massachusetts Avenue, NW
Suite 702
Washington, DC 20036
Tel: 202-667-4500
Fax: 202-667-2356
ldumais@earthjustice.org
sjohnson@earthjustice.org

Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
Tel: 415-217-2000
Fax: 415-217-2040
pcort@earthjustice.org

| | |
|---|---|
| 1 | *Counsel for Plaintiffs American Lung Association, American Public Health Association, American Thoracic Society, Appalachian Mountain Club, Center for Biological Diversity, National Parks Conservation Association, Natural Resources Defense Council, Sierra Club, and West Harlem Environmental Action* |

Peter Zalzal, CO Bar No. 42164 (*pro hac vice*)
Rachel Fullmer, CO Bar No. 49868 (*pro hac vice*)
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
Tel: 303-447-7214
Fax: 303-440-8052
pzalzal@edf.org
rfullmer@edf.org

*Counsel for Plaintiff Environmental Defense Fund*

Scott Strand, MN Bar No. 0147151 (*pro hac vice*)
Environmental Law and Policy Center
15 South Fifth Street
Suite 500
Minneapolis, MN 55402
Tel: 612-386-6409
sstrand@elpc.org

*Counsel for Plaintiff Environmental Law and Policy Center*

# **ORDER**

It is hereby ORDERED that the Case Management Conference currently scheduled for March 13, 2018 is continued. The Case Management Conference is reset to a date to be set later by the Court.

**IT IS SO ORDERED.**

Dated: March 6, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE