Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

*Local Counsel for Plaintiffs American Lung Association et al. (Additional Counsel Listed on Signature Page of Motion)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In Re Ozone Designation Litigation | Case No: 4:17-cv-06900-HSG <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER CHANGING TIME** |

Plaintiffs' motion to change the time to file a motion for an award of attorney's fees is hereby **GRANTED**. The deadline for filing a motion for an award of attorney's fees is extended to June 25, 2018.

**IT IS SO ORDERED.**

DATED: March 26, 2018

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States Judge