PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California St.
San Francisco, CA 94111
Tel.: 415-217-2000
Fax: 415-217-2040
pcort@earthjustice.org
*Attorney for Plaintiffs American Lung Association, et al.*

JEFFREY H. WOOD
Acting Assistant Attorney General

Simi Bhat
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
301 Howard St., Ste. 1010
San Francisco, CA 94115
(415) 744-6473
simi.bhat@usdoj.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN LUNG ASSOCIATION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SCOTT PRUITT,**<br><br>Defendant. | No. 4:17-cv-06900-HSG<br><br>**ORDER PURSUANT TO STIPULATION FOR ORDER CHANGING TIME** |

Pursuant to stipulation, Defendant's objections to Plaintiffs' bill of costs, Dkt. No. 77, shall be DUE on the same day as the deadline for Defendant's response to Plaintiffs' motion for attorneys' fees. IT IS SO ORDERED.

March 28, 2018

Hon. Haywood S. Gilliam, Jr.